UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTHEW LAUR,

    Plaintiff,

v.      Case No. 23-cv-1294-bhl

MARTIN O'MALLEY,
Commissioner of SSA,

    Defendant.

## ORDER GRANTING ATTORNEY'S FEES

On May 7, 2024, the parties filed a stipulated motion for attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, indicating they have agreed to an award to Plaintiff of $8,387.00 for attorney's fees and expenses. (ECF No. 27) Because the proposed fees are reasonable, the Court will grant the stipulated motion and award Plaintiff $8,387.00 for attorney's fees and expenses in full satisfaction of any and all claims that may be payable under the EAJA.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Attorney's Fees, ECF No. 27, is **GRANTED**. Plaintiff is awarded $8,387.00 (eight thousand three hundred eighty-seven dollars) for attorney's fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to **Frederick J. Daley, Jr.** pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Suite 104, 4256 N. Ravenswood Ave., Chicago, IL 60613**.

Dated at Milwaukee, Wisconsin on May 8, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge